## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **NERINGA POVILAITIENE** | ) | |
| A 99 154 277 | ) | |
| | ) | **FILED: JUNE 9, 2008** |
| Plaintiff | ) No. | 08CV3332 |
| v. | ) | JUDGE CASTILLO |
| | ) | MAGISTRATE JUDGE SCHENKIER |
| **Michael Chertoff**, Secretary of the | ) | TG |
| Department of Homeland Security, | ) | |
| **Michael Mukasey**, Attorney General of the | ) | |
| United States, | ) | |
| **Robert Mueller III**, Director of FBI | ) | |
| **Emilio T. Gonzalez,** Director, Citizenship | ) | |
| and Immigration Services | ) | |
| and **Ruth A. Dorochoff**, District Director, | ) | |
| Citizenship and Immigration Services | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR MANDAMUS

NOW COMES the Plaintiff, NERINGA POVILAITIENE, by and through her attorney, AURELIUS BUTVILAS, and complaining of the Defendants, RUTH A. DOROCHOFF, District Director of the Citizenship and Immigration Services, (CIS) and EMILIO T. GONZALEZ, Director, Citizenship and Immigration Services, ROBERT MUELLER III, Director of FBI, MICHAEL MUKASEY, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and states as follows:

1. This action is brought against the Defendants to compel action on an application for lawful permanent resident status properly filed by the Plaintiff. The application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

1

**PARTIES:**

2.  The Plaintiff, Neringa Povilaitiene, ("Plaintiff" or "Ms. Povilaitiene") is a citizen of Lithuania. She entered the United States of America on September 9, 2001 and married Arthur Panka, a citizen of the United States, on April 30, 2004.

3.  Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC §1103(a). More specifically, the Secretary is responsible for the adjudication of applications for adjustment of status filed pursuant to §245 of the Immigration and Nationality Act (INA), 8 USC §1255. The Citizenship and Immigration Service is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

4.  Defendant Emilio T. Gonzalez is the Director of the Citizenship and Immigration Service and its Chief Executive Officer.

5.  Defendant Robert Mueller III is the Director of the Federal Bureau of Investigation. He is responsible for administration of national security checks for aliens applying for permanent residence.

6.  Defendant Michael B. Mukasey is the Attorney General of the United States. He is responsible for the administration of the Federal Bureau of Investigation.

7.  Defendant Ruth A. Dorochoff, District Director, is an official of the Citizenship and Immigration Services generally charged with supervisory authority over all operations of the CIS within her District with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). As will be shown, Defendant District Director is the official with whom Plaintiff application for lawful permanent resident status were properly filed.

**JURISDICTION:**

8. This is a civil action brought pursuant to 28 USC secs. 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which jurisdiction is conferred, to compel Defendant and those working under him to perform duties he owes to the Plaintiff.

9. Jurisdiction is also conferred by 5 USC sec. 704. Plaintiff is aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Courts. 5 USC secs. 702 *et seq.*

10.    The aid of the Court is invoked under 28 USC secs. 2201 and 2202, authorizing a declaratory judgment.

11. Costs and attorneys fees will be sought pursuant to the Equal Access to Justice Act, 5 USC sec. 504, and 28 USC 2412(d), *et seq.*

**VENUE:**

12. Venue is proper in Chicago, Illinois and the Northern District of Illinois since the Defendant District Director has her principal place of business there.

**REMEDY SOUGHT:**

13. Plaintiff seeks to have the Court compel the District Director of the CIS to adjudicate the I-485 application for adjustment of status as to lawful permanent resident which the Plaintiff filed with the Defendant CIS on July 19, 2004.

**CAUSE OF ACTION:**

14. Plaintiff Neringa Povilaitiene applied for adjustment of status as to lawful permanent resident of the United States of America under 8 USC §1255 based on her marriage to Arthur Panka, a citizen of the United States.

15. Plaintiff filed her case with the District Director of Chicago CIS (formerly Immigration and Naturalization Service), on July 19, 2004.

16. On April 12, 2005 Defendant CIS conducted Plaintiff's interview. At the time of the interview, District Adjudicating Officer Miller (DAO) examined proof of bona fide marriage presented by Ms. Povilaitiene and her husband. After the interview DAO issued a Request For Evidence requesting to provide the lease agreement of the couple's marital residence and the contact number of the landlord of the property.

17. On May 23, 2005, Plaintiff's counsel submitted all the requested information to DAO Miller. A copy of Plaintiff's response to CIS Request for Evidence is attached as Group Exhibit A.

18. On or about November 16, 2006, more than 6 months after adjustment of status interview, Plaintiff's husband filed an inquiry regarding the status of her case. On November 20, 2006 Defendant CIS replied to Plaintiff's inquiry stating that the Defendant needs additional time to adjudicate Plaintiff's case. A copy of Defendant's response to Ms. Noble's inquiry is attached as Exhibit B.

19. On or about May 10, 2007 Plaintiff's counsel filed the second inquiry, inquiring about the status of the case again. No response was received to Plaintiff counsel's inquiry. A copy of counsel's letter to CIS is attached as Exhibit C.

20. On August 3, 2007 Plaintiff counsel filed an inquiry by email regarding status of the Plaintiff's case. No response was received to counsel's inquiry. A copy of emailed inquiry is attached as Exhibit D

21. On or about November 15, 2007 Plaintiff's husband contacted Melissa L. Bean, Member of the United States Congress seeking her assistance to resolve his wife's immigration status. On December 12, 2007 Defendant CIS replied that Plaintiff's case remains unadjudicated due to incomplete background check.  The Congresswoman advised Plaintiff's husband to contact her after 90 days. A copy of CIS response to congressional inquiry is attached as Exhibit E.

22. On or about March 5, 2008 Plaintiff's husband contacted Melissa L. Bean again.  On April 1, 2008 Defendant Dorochoff replied that case is under further review pertaining to the bonafides of the documented evidence submitted by the Plaintiff.  A copy of Defendant Dorochoff's response to the second congressional inquiry is attached as Exhibit F.

23. Plaintiff's application for adjustment of status has now remained unadjudicated for more than three years since it was originally filed on July 19, 2004

24. Defendant's refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law and the Defendant's own promise to adjudicate said application in 60 days.

25. Defendant's willful and unreasonable delay and refusal to adjudicate Plaintiff's application deprives Plaintiff of the right to a decision on her status and the peace of mind to which Plaintiff is entitled.

26. Plaintiff has been greatly damaged by the failure of Defendant to act in accord with their duties under the law:

(a) Specifically, Plaintiff Neringa Povilaitiene is not eligible to obtain permission to travel abroad as provided by 8 CFR §245.2(a)(4) during the pendency of her application. Thus, Ms. Povilaitiene is deprived from the right to travel until her case is adjudicated.

(b) Plaintiff has further been damaged in that her employment authorization is tied to her status as applicant to permanent residency, and is limited to increments not to exceed one year. *8CFR §274a.12(c)(9)*. Therefore, Plaintiff is forced to repeatedly apply (and pay) for extensions of employment authorization, to continued inconvenience and harassment of Plaintiff.

(c) Plaintiff has further been damaged by simply being deprived of the status of lawful permanent residents during the interminable pendency of her applications.

27. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

28. Plaintiff has made numerous status inquiries by herself in an attempt to secure adjudication of her and her husband's applications.

29. Plaintiff has no administrative remedies. There are no administrative remedies provided for neglect of duty.

30. Mandamus is appropriate because there is no other remedy at law. But Plaintiff seeks to compel a decision to be made, in terms of both mandamus and in terms of the Administrative Procedures Act for administrative action wrongfully withheld.

**PRAYER**

WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays as follows:

A. For an order of Mandamus requiring the Defendant to act on the Application for Permanent Residence (I-485).

B. For an Order, declaring that Defendant's actions in refusing to act on the Plaintiff's Application are arbitrary, capricious and abuse of discretion.

C. For Attorney's fees as the Court deems necessary and proper to compensate the Plaintiff for the wrongful refusal and act on the Plaintiff's Application for Permanent Residence.

D. Plaintiff further prays that if the decision is adverse to her, that the decision includes justification an explanation to preclude the sense of retaliation for having brought this lawsuit or for having exposed the District Director's inefficiency to the senior officers of the district, region and central offices of the CIS.

E. For such other relief as the Court may deem fit.

Respectfully submitted,

s/Aurelius Butvilas

_____

Attorney for Plaintiff

Law Offices of Aurelius Butvilas
20 South Clark, Suite 500
Chicago, IL 60603
312/580-1217

LAW OFFICES OF
# KENNETH Y. GEMAN & ASSOCIATES
33 NORTH LASALLE STREET - SUITE 2300
CHICAGO, ILLINOIS 60602
PHONE (312) 263-6114   FAX (312) 263-0104
WWW.GEMANIMMIGRATIONLAW.COM - INFO@GEMANIMMIGRATIONLAW.COM

KENNETH Y. GEMAN

OF COUNSEL
ROYAL F. BERG
RONALD H. NG

May 23, 2005

USCIS
Customer Service
P.O. Box 3616
Chicago, Illinois 60690-3616
Attn:   DAO Miller

Re:   **Petitioner:**    **Arthur PANKA**
      **Applicant:**     **Neringa POVILAITIENE (Spouse)**
                         **A099154277**
      **Applicant:**     **Matas POVILAITIS (Child)**
                         **A099154278**

# COPY

## ***Response to Request for Evidence***

Dear Officer Miller,

Please consider this correspondence a response to the request for evidence issued against the above-named applicant, Mrs. Neringa Povilaitiene.  On April 12, 2005, Mrs. Povilaitiene appeared before you with the petitioner spouse and their son, Matas Povilaitis, for a scheduled interview on their respective applications for adjustment of status.  Enclosed you will find the following documents:

1. Copy of the Request for Evidence
2. Copy of Appointment Notice for Neringa Povilaitiene
3. Copy of Appointment Notice for Matas Povilaitis
4. Copy of apartment lease for 7243 S. Woodward Ave. 18-307, Woodridge, Illinois 60517
5. Move-out inspection sheet (demonstrating that the parties have left the apartment at 7243 S. Woodward Ave., 18-307)
6. Business card of Assistant Manager of apartment complex
7. Copy of mortgage for residence at 674 Whispering Oaks, Palatine, Illinois
8. Copy of Matas Povilaitis' grade report card demonstrating enrollment in Indian Trail School, Downer's Grove Grade School District
9. Notarized letter of Laura Panka (sister of petitioner and sister-in-law to the beneficiary)
10. Notarized letter of Arunas and Regina Svinkunas (friends of Arthur Panka and Neringa Povilaitiene)



Page 2 of 2

11.    Notarized letter of Raimonda Balciunaite (friend of Neringa Povilaitiene, attesting that she had assisted the above-named parties in their move from the Woodridge apartment to 674 Whispering Oaks in Palatine, Illinois)

12.    Notarized letter of Danguole Demarr (friend of Neringa Povialaitiene and Arthur Panka)

In the Request for Evidence issued against Neringa Povilaitiene, you requested a copy of the lease agreement of the 7243 S. Woodward Avenue apartment and the contact number of the landlord of the property.  Responsive documents are submitted herein and enumerated in the above, however please be advised that there exists no "landlord" per se and the best available contact information that the petitioner and beneficiary were able to obtain was that of the assistant manager of the apartment association.  The business card of this contact person is listed as Exhibit No. 5 and is attached to the "move-out" inspection report.

As indicated by the inspection report (Exhibit No. 5) and the notarized letter of Ms. Raimonda Balciunaite, Mrs. Neringa Povilaitiene and Matas Povilaitis no longer reside at the 7243 S. Woodward Avenue address having left the apartment and moved into the new residence at 674 Whispering Oaks Court.  Furthermore, photographs of the remodeling at 674 Whispering Oaks Court were submitted on the date of the interview, April 12, 2005, which support the petitioner's and beneficiary's account that they were unable to cohabitate prior to its completion.  Nevertheless, as stated at said interview, Mr. Panka has spent approximately 4 days a week and most evenings at the 7243 S. Woodward Avenue apartment with his wife and child.

Finally, labeled as Exhibit No. 8, the grade report card of Matas Povilaitis demonstrates his enrollment in public elementary school in the Downer's Grove Grade School District.  Mrs. Povilaitiene and Mr. Panka wanted Matas to complete the school year at the aforementioned middle school.  Now that Mrs. Povilaitiene and Matas have moved in to the 674 Whispering Oaks Court residence, Matas will be enrolled at Walter R. Sundling Junior High School in Palatine, Illinois for the upcoming school year beginning in fall 2005.

If you have any further questions or requests, please do not hesitate to contact me. Thank you.

Respectfully submitted,

David M. Cook
Attorney for Applicant(s)

Department of Homeland Security
V. Jackson Blvd.
Chicago, Illinois 60604

 **U.S. Citizenship
and Immigration
Services**

Neringa Povilaitiene
674 E. Whispering Oaks Ct.
Palatine, IL 60074

**Date: April 12, 2005**
A99154277

## REQUEST FOR EVIDENCE

The documentation submitted during the adjustment interview is not sufficient to warrant a favorable consideration of your petition/application. The following information is also required:

**PLEASE SEE FOLLOWING SHEET**

Your response must be received in this Office **within 90 days** from the date of this letter. Your case is being held in this office pending your response. Within this period you may:

1.    Submit all of the evidence requested;

2.    Submit some or none of the evidence requested and ask for a decision based on the record; or

3.    Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record (#2 Above). **No extension of the period allowed to submit evidence will be granted.** If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request with the time allowed, your case will be considered abandoned and denied due to lack of prosecution. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

**Please submit all documents to the attention of:**

*OFFICER Miller*
10 West Jackson Blvd.
Chicago, IL 60604

Sincerely,

Michael Comfort
District Director



U.S. Citizenship
and Immigration
Services

<u>PLEASE RETURN THIS LETTER WITH YOUR RESPONSE TO</u> _____ **ATTN: _Officer Miller_**

**Name:** Povilaitiene

**Alien Registration Number: A99154277**

## PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS

| | | |
|---|---|---|
| ☐ | 1. | Please complete the blocks on your enclosed application/petition/form, which are highlighted. |
| ☐ | 2. | Furnish the required fee of $_____ for Form_____. |
| ☐ | 3. | A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate. |
| ☐ | 4. | Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled or provide a sworn statement of how you entered the United States. |
| ☐ | 5. | Furnish two (2) color photographs. These photos must have a white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in 3/4 frontal view of right side of face with right ear visible. |
| ☐ | 6. | I-864 Affidavit of Support and last three years of tax returns, W2s and a job letter for ☐ Sponsor and/or ☐ Joint Sponsor. This form must be completely filled out and notarized. Failure to follow the directions and complete this form accurately may result in denial of your application. |
| ☐ | 7. | You must provide a sworn statement for <u>**each and every arrest**</u> and for charges against you including the dates and places. You must provide <u>**certified court dispositions**</u> (not police reports) for <u>**each and every arrest**</u> and charge. |
| ☐ | 8. | Your case is continued for your fingerprints to clear. |
| ☐ | 9. | Your case is continued because you need to submit new fingerprints. (See attached) |
| ☐ | 10. | Submit medical exam (Form I-693) and immunization supplement form from an INS Certified Civil Surgeon. These documents must be in a sealed envelope from the doctor. |
| ☐ | 11. | Please submit the following types of evidence to support the claimed relationship between the petitioner and the beneficiary: |
| ☐ | a. | Birth Certificate of the children |
| ☐ | b. | Official Marriage Certificate |
| ☐ | c. | Proof of termination of previous marriages, such as divorce decrees and death certificates. |
| ☐ | d. | Wedding photos and other photos of you and your spouse together during your entire relationship. |
| ☐ | e. | Proof of any joint purchases or ownership, such as TV, furniture, car, house, etc. |
| ☐ | f. | Proof of joint credit established since marriage, such as joint credit cards, loans, etc. |
| ☒ | **g.** | **Current lease agreement for 7243 S. Woodward; phone number for the landlord/owner of the property.** |
| ☐ | h. | Proof of bank statements for checking and/or savings accounts and canceled checks throughout your marriage. |
| ☐ | i. | Federal income tax returns including W2s for year 2001, 2002 and 2003(employer). |
| ☐ | j. | Proof of medical, life and auto insurance during your marriage. |
| ☐ | k. | Proof of utility bills for a shared residence, such as telephone, electric, gas, etc. You should provide statements that cover the duration of your marriage. |
| ☐ | 12. | Other: |

### PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH YOUR RESPONSE

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE<br>December 15, 2004 |
|---|---|

| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A 099 154 277 |
|---|---|

| APPLICATION NUMBER<br>MSC0429518263 | RECEIVED DATE<br>July 19, 2004 | PRIORITY DATE<br>July 19, 2004 | PAGE<br>1 of 1 |
|---|---|---|---|

**APPLICANT NAME AND MAILING ADDRESS**

NERINGA POVILAITIENE
674 E WHISPERING OAKS CT
PALATINE IL 60074

**PLEASE COME TO:** U.S. Citizenship and Immigration Services
230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
9

**ON:** Tuesday, April 12, 2005
**AT:** 09:25 AM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

## Who should come with you?

- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

## What MUST you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

## What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling may delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

APPLICANT COPY

Form I-797C (Rev. 11/28/03) N

U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE<br>December 15, 2004 |
|---|---|
| **CASE TYPE**<br>**FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS** | A#<br>A 099 154 277 |
| APPLICATION NUMBER      RECEIVED DATE         PRIORITY DATE<br>MSC0429518263      July 19, 2004         July 19, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

NERINGA POVILAITIENE
c/o KENNETH Y GEMAN
33 N LASALLE STREET
CHICAGO IL 60602

ıllıılıııllıllııılıl

**PLEASE COME TO:** U.S. Citizenship and Immigration Services
230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
9

**ON:** Tuesday, April 12, 2005
**AT:** 09:25 AM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

**Who should come with you?**

- If your eligibility is based on your marriage, your husband or wife <u>must</u> come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: <u>Every</u> adult who comes to the interview <u>must</u> bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**What <u>MUST</u> you bring?**

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring <u>all</u> your Passports and <u>any other</u> documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring <u>all</u> documentation establishing your eligibility for Lawful Permanent Resident status *(see below: "What else should you bring?")*.
- Bring <u>all</u> immigration-related documentation ever issued to you.
- Bring both <u>originals</u> *and* <u>photocopies</u> of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for <u>each</u> document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**What else should you bring?**

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate *and* your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for <u>each</u> of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate *and* your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, <u>all</u> divorce decrees/death certificates for <u>each</u> prior marriage/former spouse;
  - Birth Certificates for <u>all</u> children of this marriage, and custody papers for your children and your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns *and* W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay *and* average weekly hours, *and* bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with <u>all</u> required evidence, including the following for <u>each</u> of your sponsors:
  - Federal Income Tax returns *and* W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay *and* average weekly hours, *and* pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for <u>each</u> arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an <u>emergency</u>, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

**If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).**

REPRESENTATIVE COPY



Form I-797C (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | NOTICE DATE December 15, 2004 |
|---|---|---|---|
| CASE TYPE FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A# A 099 154 278 |
| APPLICATION NUMBER MSC0429518267 | RECEIVED DATE July 19, 2004 | PRIORITY DATE July 19, 2004 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MATAS POVILAITIS
674 E WHISPERING OAKS CT
PALATINE IL 60074

᠁ɭɭɭɭ.ɭɭ.ɭɭ.ɭɭ.ɭɭɭ

**PLEASE COME TO:** U.S. Citizenship and Immigration Services

230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
9

**ON:** Tuesday, April 12, 2005
**AT:** 09:00 AM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

## Who should come with you?

- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

## What MUST you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

## What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

**If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).**

APPLICANT COPY



Form I-797C (Rev. 11/28/03) N



# WINDSOR LAKES
A P A R T M E N T   H O M E S

## Marisol Randazzo
*Assistant Manager*

7499 Woodward Avenue • Woodridge, Illinois 60517
Phone: 630-964-1685 • Fax: 630-964-1702
*E-Mail: windsorlakes@altmancos.com*

## MOVE-_ AND MOVE-OUT INSPI_ TION

| COMMUNITY: _____ | RESIDENT NAME: _____ |
|---|---|
| PHONE NUMBER: _1-630/664-5149_ | BLDG/UNIT #: _18307_ |

| AREA | MOVE-IN | MOVE-OUT | DATE: |
|---|---|---|---|
| | DATE: | DATE: _5-2-05_ | COST OF REPAIR |
| | Resident accepts responsibility for condition of above-referenced apartment "as-is." This form is made a part of the rental agreement for said property, and existing damages are noted for permanent record. | | |
| LIVING DINING | Bender fract closet door | ☒ OK ☒ NOT OK | ☐ OK ☐ NOT OK | |
| KITCHEN | Broken corner cabinet wooden handle | ☐ OK ☒ NOT OK | ☐ OK ☐ NOT OK | |
| BEDROOMS | | ☐ OK ☐ NOT OK | ☐ OK ☐ NOT OK | |
| BATHROOMS | | ☐ OK ☐ NOT OK | ☐ OK ☐ NOT OK | |
| OTHER: MICROWAVE? ☐ Y ☒ N WASHER/DRYER? ☐ Y ☒ N FIRE EXTINGUISHER? ☐ Y ☒ N CEILING FANS? ☒ Y ☐ N | | ☐ OK ☐ NOT OK | ☐ OK ☐ NOT OK | |

# Move-out inspection still needs to be completed 5/2/05

| KEYS PROVIDED: | KEYS RETURNED: | | |
|---|---|---|---|
| HOME # _4_ | HOME # _2_ | TOTAL DAMAGES = | |
| MAIL # _4_ | MAIL # _2_ | INSUFF. NOTICE = | |
| AMENITY CARDS # _1_ | AMENITY CARDS # _1_ | CANCEL FEES = | |
| OTHER _____ | OTHER _hall-1_ | LEGAL FEES = | |
| OTHER _____ | REPLACEMENT COSTS = $_____ | OTHER = | |
| | | TOTAL CHARGES = | |

| _Henings Povilaitiene_ | _05/01/05_ | _N. Povilaitiene_ | _05/02/05_ |
|---|---|---|---|
| RESIDENT | DATE | RESIDENT | DATE |
| _____ | ____ | _____ | ____ |
| RESIDENT | DATE | RESIDENT | DATE |
| _____ | ____ | _____ | ____ |
| RESIDENT | DATE | RESIDENT | DATE |
| AUTHORIZED AGENT FOR LANDLORD | DATE | _Marie Landeza 5-2-05_ AUTHORIZED AGENT FOR LANDLORD | DATE |

FORWARDING ADDRESS: _____

# MOVE-IN AND MOVE-OUT INSPECTION

COMMUNITY: _____

PHONE NUMBER: 1-630/664-5149

RESIDENT NAME: _____

BLDG/UNIT #: 18307

| AREA | MOVE-IN | | MOVE-OUT | |
|---|---|---|---|---|
| | DATE: | | DATE: 5-2-05 | DATE: |
| | | | | COST OF REPAIR |
| | Resident accepts responsibility for condition of above-referenced apartment "as-is." This form is made a part of the rental agreement for said property, and existing damages are noted for permanent record. | | | |
| LIVING DINING | Broken front closet door | ☒ OK ☒ NOT OK | ☐ OK ☐ NOT OK | |
| KITCHEN | Broken corner cabinet handle | ☐ OK ☒ NOT OK | ☐ OK ☐ NOT OK | |
| BEDROOMS | | ☐ OK ☐ NOT OK | ☐ OK ☐ NOT OK | |
| BATHROOMS | | ☐ OK ☐ NOT OK | ☐ OK ☐ NOT OK | |
| OTHER: MICROWAVE? ☐ Y ☒ N WASHER/DRYER? ☐ Y ☒ N FIRE EXTINGUISHER | | ☐ OK ☐ NOT OK | ☐ OK ☐ NOT OK | |

May 15, 2005

Dear Sir,

My name is Laura Panka and I am writing this letter
on behalf of my brother Arthur Panka and my sister-in-law
Neringa Povilaitiene.

I first met Neringa on a family vacation in July of 1977
and then reconected with her in March of 2002.

I have spent many an evening at Neringa's apartment,
(7243 S. Woodward, Woodridge, IL 60517)
enjoying home cooked dinners and each other's company.
Also, we have on occasion gone out for an evening of
bowling.

In recent years I have spent most holidays, birthdays
and other special occasions at Arthur and Neringa's
home at 674 E. Whispering Oaks Court Palatine, IL 60674.

In closing, I would like to make mention of the last
time we all shared time together.  On May 7, 2005
we attended our cousin's First Holy Communion.
We gathered at church for services and then back to
our cousin's home for a family dinner.

Sincerely,

*Laura Panka*

Laura Panka
773-769-2271 home
312-466-3388 work
1011 W. Ainslie St.
Chicago, IL  60640

State of Illinois}
County of Cook  } ss

*Robin M. Schapiro*
Notary

May 15, 2005

"OFFICIAL SEAL"
ROBIN M. SCHAPIRO
Notary Public, State of Illinois
My Commission Expires 03/16/06

*Illinois*

Jesse White - Secretary of State

NUMBER   ISSUED
P520-5386-6863 03-21-01

EXPIRES
**09-15-04**

**DRIVERS LICENSE**

LAURA V PANKA
1011 W AINSLIE
CHICAGO IL 60640

Birthdate 09-15-66  SS#
Female  5'10" 145 lbs   BRN Eyes
Restrictions    Type  Class
         ORG    D



*Laura Panka*

*Robin M. Schapiro*
NOTARY

"OFFICIAL SEAL"
ROBIN M. SCHAPIRO
Notary Public, State of Illinois
My Commission Expires 03/06/06

Arunas Svinkunas                                    May 11, 2005
Regina Svinkun
303 Chanticleer Ln
Hinsdale, IL 60521
(630) 789-8165


Dear Sir,

      We have been asked to write to you about our relationship with Arthur Panka and Neringa Povilaitiene. We have been friends with Arthur for over ten years. We met Neringa for the first time at Arthur's home at 674 E. Whispering Oaks Ct., Palatine, IL 60074, for New Years Eve 12/31/2001.
      After their marriage we often get together at their apartment (7243 S. Woodward, Woodridge, IL 60517), for dinner. The last time we were at their home in Palatine was on April 30th, 2005 to help Neringa and Arthur move the remainder of her and her sons things from their apartment in Woodridge.

      Please contact us at 630-789-8165 if you need any additional information.



Sincerely,



Arunas Svinkunas

Regina Svinkun

OFFICIAL SEAL
SILVIA BORCEAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03-28-07

05/12/05

*Illinois*    Jesse White - Secretary of State

NUMBER        ISSUED
S152-0C06-1086  03-02-05   EXPIRES
                           03-24-08

ARUNAS SVINKUNAS
303 CHANTICLEER LN
HINSDALE IL 60521

Birthdate 03-24-61
Male      6'00"  200 lbs    HZL Eyes
Restrictions      Type    Class
..  ......         COR      D

DRIVERS
LICENSE



*Illinois*

Jesse White - Secretary of State

| NUMBER | ISSUED | EXPIRES |
|---|---|---|
| S152-7206-1951 | 06-20-02 | 10-12-06 |

DRIVERS
LICENSE

REGINA SVINKUN
5530 BARCLAY COURT
CLARENDON HILLS IL 60514

Birthdate 10-12-61   SS#
Female   5'06"  160 lbs   GRN Eyes
Restrictions   Type   Class
B             ORG    D



Dear Sir,

I have known Neringe Ponlartene since November of 2001. I attended her wedding with Arthur Panko on April 30th, 2004. I have spent many evenings with Neringe, Arthur and Matas at their apartment in Woodridge 7243 Woodward ave. #307 and quite a few saturdays and holidays at their home at 674 Whispering Oaks ct. in Palatine. The last time I was with Neringe & Arthur was to help them move the remainder of their things from their Woodridge apartment to their house in Palatine. This was on April 30th 2005.

If you need any other information please call me at (708) 8375172

Yours truly
Raimonda Balcunaite
1718 TAYLOR ST
DOWNER'S GROVE IL 60516

"OFFICIAL SEAL"
LATACHA KNOX
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/14/2009

LaTacha Knox

**Illinois**     Jesse White - Secretary of State

| NUMBER | ISSUED | EXPIRES |
| --- | --- | --- |
| B 425-7207-4607 | 01-02-04 | 01-07-08 |

DRIVERS LICENSE

RAIMONDA BALCIUNAITE
1718 TAYLOR ST
DOWNERS GROVE IL 60516



Birthdate 01-07-74
Female   5'06" 125 lbs   GRN Eyes

| Restrictions | Type | Class |
| --- | --- | --- |
| ........ | ORG | D |

*Raimonda Balciunaite*

"OFFICIAL SEAL"
LATACHA KNOX
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/14/2009

*Latacha Knox*

To whom it may concern:

I am writing this letter to inform you that I have known Neringa Povilaitiene since December of 2001. I first met Arthur Panka in the spring of 2002.

I have spent many evenings together with Neringa and Arthur, both before and after their marriage, at Neringa's apartment at 7243 S. Woodward Woodridge, IL 60517

Also I have been to their home at 674 E. Whispering Palatine, IL 600i for various occasions ect. For more information please contact me at 708/301-4553

"OFFICIAL SEAL"
DESMOND WARE
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/21/2008

Sincerly: Danpaul DeMorr
6170 Knoll Lane Ct.
Willowbrook, IL 60527



Jesse White - Secretary of State

NUMBER        ISSUED        EXPIRES

DRIVERS LICENSE

D560-1606-4782 03-02-05    06-27-09

DANGUOLE DEMARR
6170 KNOLL LANE CT
WILLOWBROOK IL 60527

Birthdate 06-27-54
Female    503 140 lbs    GRN Eyes
Restrictions    Type    Class
                COR    D

Danguole De Marr

"OFFICIAL SEAL"
DESMOND WARE
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/21/2008



**U.S. Department of Homeland Security**
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship
and Immigration
Services**

Monday, November 20, 2006

ARTHUR J PANKA
674 EAST WISPERING OAKS COURT
PALATINE IL 60074

Dear ARTHUR J PANKA:

On 11/16/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | MSC-04-295-18263 |
| **Beneficiary (if you filed for someone else):** | POVILAITIENE, NERINGA |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



## BIRG & MELT...

ATTORNEYS

570 LAKE COOK ROAD
SUITE 318
DEERFIELD, IL 60015
TELEPHONE: (847) 444-900(
FACSIMILE: (847) 444-147:
www.bmlaw.com

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

May 10, 2007

U.S. Department of Homeland Security
Citizenship and Immigration Services
Chicago District Office
101 W. Congress Pkwy.
Chicago, IL 60605

Re:   **CASE STATUS INQUIRY**
      Applicants:   Neringa Povilaitiene -**A099154277**
                    Matas Povilaitis - **A099154278**

Dear Sir or Madam,

We are witting to inquiry about the status of the above captioned case. Enclosed please find Forms G-28, Power of Attorney.

Please be advised that the Applicants had an Adjustment of Status Interview more than two years ago. The Officer could not make a decision at the time of the interview and issued the request for evidence. The response of the request for evidence was timely submitted to the Service.

It has been more than two years since the interview date and yet the Applicant has not received any information regarding the status of this case.

Please advise as to when we can expect the decision about this case and the reason of such delay.

If you have any questions, please do not hesitate to contact me.

Very Truly Yours,
BIRG & MELTSER

Gene Meltser, Esq.
gm/av
Encl.

L:\IMMIGRATION\Povilaitiene\Inquiry.doc



**From:** "Aurelius Butvi̇̀s" <butvilas@lawyer.com>
**To:** caopilot@dhs.gov
**CC:**
**Subject:** A#99 154 277
**Date:** Fri, 3 Aug 2007 15:17:01 -0500

---

I represent Neringa Povilaitiene (A#99 154 277) in her immigration matters. On April 12, 2005 Ms. Povilaitiene was interviewed by CIS Chicago on her Application for Permanent Residence.  To this date her application remains unadjudicated. Please help.

```
Aurelius Butvilas
Law Offices of Aurelius Butvilas
20 South Clark, Suite 500
Chicago, IL 60603
312/580-1217(voice)    312/372-7076(fax)
```

--
Enter the Bourne Ultimatum Sweepstakes
View Trailer, Win Free Prizes. In Theaters 08.03.07

MELISSA L. BEAN
8TH DISTRICT, ILLINOIS

COMMITTEE ON FINANCIAL SERVICES
COMMITTEE ON SMALL BUSINESS

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1308

WASHINGTON OFFICE:
512 CANNON HOUSE OFFICE BUILDING
(202) 225–3711

DISTRICT OFFICE:
1430 NORTH MEACHAM RD.
SCHAUMBURG, IL 60173
(847) 519–3434

www.house.gov/bean

December 12, 2007

Mr. Arthur J. Panka
674 East Whispering Oaks Court
Palatine, IL 60074-2362

Dear Mr. Panka,

My office has recently received correspondence from the U.S. Citizenship and
Immigration Services regarding the inquiry I sent to them on your behalf.

I have attached their response for your records.

If you do not receive a response from the United States Citizenship and
Immigration Service (USCIS) in 90 days, please feel free to contact Susan
Giannone in my district office at 847-925-0265.

Sincerely,

Melissa L. Bean
Member of Congress

1622 E. Algonquin Rd., Suite L
Schaumburg, IL 60173

PRINTED ON RECYCLED PAPER



**Sent:** Wednesday, December 12, 2007 1:57 PM
**To:** Giannone, Susan
**Subject:** RE: IL Inquiry for Nerina Povilaitiene (MSC0429518263)A99 154 277 & Matas Povilaitis (MSC0429518267)

Honorable Melissa Bean
1622 E. Algonquin Rd., Suite L
Schaumburg, IL 60173

Re: Neringa Povilaitiene, (MSC0429518263) A99 154 277 and Matas Povilaitis (MSC0429518267), A99 154 278

Dear Congresswoman Bean,

United States Citizenship and Immigration Services (USCIS) is committed to adjudicating immigration benefits in a timely manner while also ensuring public safety and national security. Though background checks for most applications or petitions are completed very quickly, a small percentage of cases have unresolved background check issues that temporarily delay adjudication of the application or petition. Although USCIS makes every effort to resolve such cases promptly, the agency cannot move forward until all outstanding issues have been resolved to our satisfaction. Unfortunately, this process can sometimes take years.

The background checks involve more than just the initial submission of biographical information or fingerprints and the initial response. If these checks and/or a review of the administrative record reveal an issue potentially impacting an applicant's eligibility for the requested immigration benefit, further inquiry is needed. The inquiry may include an additional interview and/or the need to contact another agency for updates or more comprehensive information. If it is determined that an outside agency possesses information relevant to the applicant's background, USCIS asks that agency to share any relevant information for consideration by USCIS in the adjudication. Upon gathering and assessing all available information, USCIS will adjudicate the application as expeditiously as possible.

We have checked into your constituent's case and have been assured that the agency is aware of your inquiry and is monitoring progress of the case.

USCIS is reviewing the information received from the background checks, determining if any additional information needs to be collected, and assessing if the information impacts the applicant's eligibility for the requested immigration benefit. While this process is underway, it has been determined that USCIS will issue an (EAD, ADIT stamp, I-131 etc.).

USCIS realizes that your constituent may be frustrated by the progress of his or her case, but the agency must balance individual inconvenience against broader

issues of public safety and national security.  We hope that the recognition that your constituent's case has not been forgotten lessens any anxiety stemming from the delay in the adjudication.

We hope the information provided is helpful.  If we may be of assistance in the future, please let us know.

Sincerely,

**MELISSA L. BEAN**
8TH DISTRICT, ILLINOIS

WASHINGTON OFFICE:
318 CANNON HOUSE OFFICE BUILDING
(202) 225-3711

DISTRICT OFFICE:
1622 ALGONQUIN RD., SUITE L
SCHAUMBURG, IL 60173
(847) 925-0265

www.house.gov/bean

COMMITTEE ON FINANCIAL SERVICES
SUBCOMMITTEE ON FINANCIAL INSTITUTIONS
AND CONSUMER CREDIT
SUBCOMMITTEE ON CAPITAL MARKETS, INSURANCE,
AND GOVERNMENT-SPONSORED ENTERPRISES

COMMITTEE ON SMALL BUSINESS
CHAIR, SUBCOMMITTEE ON FINANCE AND TAX
SUBCOMMITTEE ON REGULATIONS, HEALTHCARE,
AND TRADE

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1308

April 3, 2008

Mr. Arthur J. Panka
674 East Whispering Oaks Court
Palatine, IL 60074-2362

Dear Mr. Panka:

My office has received the enclosed correspondence from the United States Citizenship and Immigration Service (USCIS) regarding the inquiry I directed to them on your behalf.

I trust that my office has been of service to you. If you have any questions regarding this or any other matter of federal concern, please contact my office. In addition, if you do not receive any further communication from USCIS in the next ninety days please feel free to contact my office for a follow up inquiry.

Thank you for the opportunity to assist you in this matter.

Sincerely,

Melissa L. Bean
Member of Congress

1622 E. Algonquin Road
Suite L
Schaumburg, IL 60173
P: 847-925-0265
F: 847-925-0288

## Jordan, Nick

**Subject:**                  RE: Bean inquiry for Nerina Povilaitiene (A99 154 277) and Matas Poviaitis (A99 154 278)

**From:**
**Sent:** Tuesday, April 01, 2008 2:30 PM
**To:** Jordan, Nick
**Subject:** RE: Bean inquiry for Nerina Povilaitiene (A99 154 277) and Matas Poviaitis (A99 154 278)

The Honorable Melissa Bean
U.S. Congresswoman
Attn: Nick Jordan

April 1, 2008
A99 154 277 & A99 154 278, Nerina Povilaitiene and Matas Poviaitis

Dear Congresswoman Bean:

This is in response to your inquiry on behalf of your constituent Nerina Povilaitiene and Matas Poviaitis. The U. S. Citizenship and Immigration Services (USCIS) records indicate that your constituent's case is under further review by the adjudicating officer along with assistance of other agencies pertaining to the bonafides of the documented evidence they submitted in support of their application and/or petition for the immigration benefit your constituent is seeking. Cases are referred for additional review for a variety of reasons, which in the interest of upholding the United States immigration laws both in terms of enforcement and in terms of right to privacy, may not be disclosed. It is difficult to predict with accuracy when this review will be completed.

I hope this information is of assistance to you and please be assured that every effort is being made to render a final decision in a timely manner.

Sincerely,

Ruth A. Dorochoff
District Director