UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NERINGA POVILAITIENE<br>A 99 154 277<br><br>　　　　　Plaintiff<br>vs.<br><br>MICHAEL CHERTOFF, Secretary of<br>Department of Homeland Security, Et al<br><br>　　　　　Defendants | Civil Action No. 08 CV 3332<br><br>Hon. Judge CASTILLO |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(i)

NOW COMES the Plaintiff, NERINGA POVILAITIENE, by and through her attorney, AURELIUS BUTVILAS, and states as follows:

1. Rule 41(a)(1)(i) of Federal Rules of Civil Procedure allows Plaintiff to dismiss action without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

2. The defendant in this matter has filed no answer or motion for summary judgment.

3. Therefore, the Plaintiffs file this Notice of Voluntary Dismissal under Rule 41(a)(1)(i).

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/Aurelius Butvilas
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Aurelius Butvilas

Law Offices of Aurelius Butvilas
20 South Clark, Suite 500
Chicago, IL 60603
312/58-1217

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NERINGA POVILAITIENE<br>A 99 154 277<br><br>         Plaintiff<br>vs.<br><br>MICHAEL CHERTOFF, Secretary of<br>Department of Homeland Security, Et al<br><br>         Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08 CV 3332<br><br>Hon. Judge CASTILLO |

### CERTIFICATE OF SERVICE

I certify that on August 15, 2008, I served a complete and accurate copy of the foregoing **NOTICE OF VOLLUNTARY DISMISSAL UNDER RULE 41(a)(1)(i)** and the service was accomplished pursuant to ECF as to filing users.

                                                            s/Aurelius Butvilas
                                                            Aurelius Butvilas
                                                            Attorney at Law

Law Offices of Aurelius Butvilas
20 S. Clark, Suite 500
Chicago, IL 60603
312/580-1217 (Voice)
312/372-7076 (Fax)
Butvilas@lawyer.com