# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Neringa Povilaitiene

                            Plaintiff,

v.                                              Case No.: 1:08−cv−03332
                                                     Honorable Ruben Castillo

Michael Chertoff, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed pursuant to the Notice of Voluntary Dismissal Under Rule 41(a)(1)(i) filed by the plaintiff on 8/15/2008. Status hearing set for 8/21/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.